# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0372. CHARLES E. WRIGHT v. NEALIE M. WRIGHT.

Charles E. Wright ("husband") and Nealie M. Wright ("wife") were divorced pursuant to a final judgment and decree entered on November 5, 2021. On December 3, 2021, the husband filed a motion for reconsideration of the final judgment and divorce decree, which the trial court denied on April 15, 2022. On May 2, 2022, the husband filed this application for discretionary appeal of the denial of his motion for reconsideration. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of the entry of the order, decision or judgment complained of. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Although the husband's application is timely as to the reconsideration ruling, it is untimely as to the final judgment and divorce decree. The filing of a motion for reconsideration does not extend the time for filing a discretionary application for appeal, and the denial of a motion for reconsideration of an appealable order or judgment is not itself appealable. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Because the husband's application, filed 178 days after the final judgment and divorce decree, is untimely as to that judgment, and the order denying his motion for reconsideration is not appealable, we lack jurisdiction. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __05/24/2022__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*